Robert F. Brennan, Esq. {S.B. #132449}
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
6708 Foothill Blvd Suite 101
Tujunga, CA 91042
Tel: (818) 249.5291
Fax 818.249.4329
Email: rbrennan@brennanlaw.com

Attorney for Plaintiffs: JAMILLAH R. CAMPBELL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMILLAH R. CAMPBELL, an Individual;

    Plaintiffs,

    v.

EQUIFAX INFORMATION SERVICES, LLC., a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown; CONSUMERS COOPERATIVE CREDIT UNION., is a business entity unknown; and DOES 2-15,  Inclusive,

    Defendants.

Case No.:   2:25-cv-05455-HDV-AJR

**Hon. Hernan D. Vera**

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC., *ONLY*

///

///

Stipulation of Dismissal with Prejudice of EQUIFAX INFORMATION SERVICES, LLC., *ONLY*

Plaintiff JAMILLAH R. CAMPBELL and Defendant EQUIFAX INFORMATION SERVICES, LLC., have entered into a settlement and pursuant to that settlement stipulate as follows:

1. Upon approval by the court, Plaintiff JAMILLAH R. CAMPBELL stipulates the dismissal of all claims against Defendant EQUIFAX INFORMATION SERVICES, LLC..

2. This stipulation for dismissal is with prejudice;

3. Each party to pay their own incurred attorneys' fees and costs;

Dated:  June 9, 2026   **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: */s/ Robert F. Brennan*
Robert F. Brennan, Esq.
Attorney for Plaintiff
JAMILLAH R. CAMPBELL

Dated: June 9, 2026                      **SEYFARTH SHAW LLP**

By: /s/ *Jennifer R Brooks*
Jennifer R. Brooks, Esq.
Attorney for Defendant
EQUIFAX INFORMATION
SERVICES, LLC.

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.                      By: /s/Anthony Arellano

Anthony Arellano
Paralegal for Plaintiff
JAMILLAH R. CAMPBELL

_____
Stipulation of Dismissal with Prejudice of EQUIFAX INFORMATION SERVICES, LLC., *ONLY*