Robert F. Brennan, Esq. {S.B. #132449}
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
6708 Foothill Blvd Suite 101
Tujunga, CA 91042
Tel: (818) 249.5291
Fax 818.249.4329                                   LINK 48
Email: rbrennan@brennanlaw.com

Attorney for Plaintiffs: JAMILLAH R. CAMPBELL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILLAH R. CAMPBELL, an Individual;<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown; CONSUMERS COOPERATIVE CREDIT UNION., is a business entity unknown; and DOES 2-15,  Inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-05455-HDV-AJR<br>**Hon. Hernan D. Vera**<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC., *ONLY* |

Plaintiff JAMILLAH R. CAMPBELL and Defendant EQUIFAX INFORMATION SERVICES, LLC., have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.   Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff JAMILLAH R. CAMPBELL against Defendant EQUIFAX INFORMATION SERVICES, LLC., *Only*, are in all respects dismissed with prejudice.

DATED this ___15th___ day of June 2026.

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

ORDER re: Stipulation of Dismissal with Prejudice of Def. EQUIFAX, *Only*